NUMBER 13-12-00603-CR

 COURT OF APPEALS

 THIRTEENTH DISTRICT OF TEXAS

 CORPUS CHRISTI - EDINBURG
____________________________________________________________

RICHARDO MUÑOZ SANCHEZ
A/K/A RICHARDO ALONSO
SANCHEZ, Appellant,

 v.

ROBERT MORALES, Appellee.
____________________________________________________________

 On Appeal from the 275th District Court
 of Hidalgo County, Texas.
____________________________________________________________

 ORDER OF ABATEMENT
 Before Chief Justice Valdez and Justices Garza and Longoria
 Order Per Curiam

 On September 26, we ordered that the trial court forward Exhibit No. 8 to this Court

because it had not been included in the reporter’s record that was filed on January 18,

2013. Accordingly, this appeal is ABATED.

 This appeal will be reinstated upon receipt of Exhibit No. 8 and upon further order

of this Court.
 IT IS SO ORDERED.

 PER CURIAM

Do not publish.
See TEX. R. APP. P. 47.2(b).

Delivered and filed the
30th day of September, 2014.

 2